UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00-8970**

SHANNON ATKINS and
ANNA PETERSON,

CASE NO.: **CIV-FERGUSON**

Plaintiffs,

Magistrate Judge **MAGISTRATE JUDGE SNOW**

vs.

FLANIGAN'S ENTERPRISES, INC.,
and 11 CORPORATION, INC.,

Defendants.

_____/

## COMPLAINT

COME NOW, the Plaintiffs, SHANNON ATKINS (hereinafter referred to as "ATKINS") and ANNA PETERSON (hereinafter referred to as "PETERSON") and (sometimes collectively referred to as "PLAINTIFFS"), by and through their undersigned counsel, and sues the Defendants, FLANIGAN'S ENTERPRISES, INC. (hereinafter referred to as "FLANIGAN'S") and 11 CORPORATION, INC. (hereinafter referred to as "11 CORPORATION") and (sometimes collectively referred to as "DEFENDANTS"), and as grounds therefore would state:

### JURISDICTION

1. This is a proceeding for declaratory, injunctive relief and monetary damages including, but not limited to punitive damages, mental distress and pre-judgment interest, to redress the deprivation of rights secured to PLAINTIFFS by the Civil Rights Act, 42 U.S.C. §1981, for all available relief thereunder, including attorneys fees and costs pursuant to 42 U.S.C. §1988.

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1343(3) and §1343(4), conferring original jurisdiction upon this Court of any civil action to recover damages or to secure



relief under 42 U.S.C. §1981.

## PARTIES

3. ATKINS, an African-American, is and was at all times material hereto, a resident of Palm Beach County, Florida. ATKINS was, at all times material hereto, an employee of the DEFENDANTS.

4. PETERSON, an African-American, is and was at all times material hereto, a resident of Palm Beach County, Florida. PETERSON was, at all times material hereto, an employee of the DEFENDANTS.

5. FLANIGAN'S is a valid Florida corporation, doing business in Palm Beach County, Florida.

6. 11 CORPORATION is a valid Florida corporation, doing business in Palm Beach County, Florida.

7. Jackie Feldman (hereinafter referred to as "FELDMAN"), was at all times material hereto, Store Manager for DEFENDANTS. At all times material hereto, FELDMAN was acting within the scope and course of her employment with the DEFENDANTS.

8. DEFENDANTS have more than fifteen (15) employees.

9. PLAINTIFFS were terminated on or about November 1998.

## COUNT I

### VIOLATION OF 42 U.S.C. §1981, AS AMENDED BY THE CIVIL RIGHTS ACT OF 1991

10. PLAINTIFFS realleges all of the allegations contained within paragraphs numbered 1 through 9, as if fully set forth herein.

11. The DEFENDANTS intentionally discriminated against PLAINTIFFS by terminating them due to their status as African-Americans, in violation of Federal Statute 42 U.S.C. §1981.

12. Additionally, the DEFENDANTS intentionally discriminated against PLAINTIFFS by providing them with a lower wage and/or hourly wage due to PLAINTIFFS status as an African-American in violation of Federal Statute 42 U.S.C. §1981.

13. PLAINTIFFS' terminations were a direct result and proximately caused by the DEFENDANTS' racial bias against African-Americans as exhibited by FELDMAN, the Store Manager.

14. FELDMAN was at all times material hereto an authorized decision making management official of the DEFENDANTS and, at all times material hereto, was acting within the scope and authority of the management position. Given FELDMAN'S position, the DEFENDANTS' liability is vicarious, as well as direct.

15. As proof of FELDMAN'S racial bias, PLAINTIFFS allege and will prove the following:

   a) There was a pattern and practice of terminating African Americans and replacing them with white employees at a higher rate of pay.

   b) That there existed no valid reason to terminate the PLAINTIFFS.

16. As a direct consequence of said illegal wage and termination, PLAINTIFFS have suffered damages thereby, including, but not limited to the following:

   (a) Compensatory damages for the loss of income, benefits, and impairment to earning capacity;

   (b) Emotional pain and suffering, mental anguish and humiliation, past, present and future for the humiliating and illegal wage and termination;

(c) Damage to reputation of being terminated from a significant employer; and

(d) Loss of benefits and loss of accrued employee benefits.

WHEREFORE, PLAINTIFFS request an entry of a judgment for compensatory damages in an amount that adequately compensates the PLAINTIFFS and makes them whole, and an award for attorneys fees and costs pursuant to 42 U.S.C. §1988, et. seq. PLAINTIFFS also request an award of punitive damages in an amount adequate to prevent the DEFENDANTS from committing such acts in the future; and a trial by jury on all of the issues so triable.

### DEMAND FOR JURY TRIAL

17. PLAINTIFFS demand a trial by jury on all of the issues so triable.

           Respectfully submitted,

           RUSH & MANOOGIAN, P.A.
           Attorneys for Plaintiffs
           2240 Woolbright Road, Suite 412
           Boynton Beach, Florida 33426
           Telephone: (561) 369-3331
           Facsimile : (561) 369-5902

By: _____
for:   Ara R. Manoogian, Esquire
     (Florida Bar No. 979562)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

00-8970
CIV-FERGUSON

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Shannon Atkins and Anna Peterson

### DEFENDANTS
Flanigan's Enterprises, Inc. and 11 Corpoation, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)

MAGISTRATE JUDGE SNOW

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Rush & Manoogian, P.A.     (561) 369-3331
2240 Woolbright Road, Suite 412
Boynton Beach, Florida 33426

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, (PALM BEACH,) MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☒ 442 Employment / **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / B☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / B☐ 540 Mandamus & Other | | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | / B☐ 550 Civil Rights / B☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Civil Rights Act, 42, U.S.C. Section 1981; 28 U.S.C. Section 1343(3) and Section 1343(4)

**LENGTH OF TRIAL** via 5 days estimated (for both sides to try entire case)

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** Undetermined

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES  ☐ NO

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE October 27, 2000

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT # 113378   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____